# EXHIBIT 3

Case 4:26-cv-03352   Document 1-3   Filed 04/24/26 in TXSD   Page 1 of 10

**Exhibit 3: Infringement of Claim 1 of U.S. Patent No. 12,407,124 by**
**Phoenix Accused Products**

HARTING contends that at least claim 1 of U.S. Patent No. 12,407,124 (the "'124 Patent") is infringed, literally and/or under the doctrine of equivalents, by the exemplary Accused Products[1] listed in Paragraph 36 of the Complaint. It should be understood that HARTING's contentions are not limited to these products but encompass any and all reasonably similar products and components that infringe in the same or similar manner as discussed below.[2]

---

[1] HARTING reserves the right to identify different or additional Accused Products and amend or supplement these charts after further investigation and discovery, claim construction, or other meriting considerations.

[2] This analysis is preliminary, and HARTING's investigation is ongoing. HARTING reserves the right to amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances. Such supplemental information may include, but is not limited to, CAD and other design files, data sheets, design specification, deposition testimony, testing information, reference design implementation and utilization information, and/or schematics.

**Exhibit 3: Infringement of Claim 1 of U.S. Patent No. 12,407,124 by
Phoenix Accused Products**

| U.S. Patent No. 12,407,124 | Accused Products |
|---|---|
| A plug connector assembly for providing increased resistance against unintended release from a socket connector, the plug connector assembly comprising | To the extent that the preamble of claim 1 is found to be limiting, the Accused Products comprise *a plug connector assembly for providing increased resistance against unintended release from a socket connector*.<br><br><br><br>*See* Ex. 1 (Datasheets) at 13 (1551459), 29 (1559527), 1 (1550585), 42 (1861841), 35 (1559522), 21 (1551460). |

**Exhibit 3: Infringement of Claim 1 of U.S. Patent No. 12,407,124 by
Phoenix Accused Products**

| U.S. Patent No. 12,407,124 | Accused Products |
|---|---|
| a contact insert comprising | The plug connector assembly of the Accused Products comprises *a contact insert*.<br><br><br><br>Ex. 1 (Datasheets) at 1 (1550585). |

**Exhibit 3: Infringement of Claim 1 of U.S. Patent No. 12,407,124 by Phoenix Accused Products**

| U.S. Patent No. 12,407,124 | Accused Products |
|---|---|
| a plurality of cavities, the plurality of cavities arranged in a matrix of three columns and two rows, and | The plug connector assembly of the Accused Products comprises a contact insert comprising *a plurality of cavities, the plurality of cavities arranged in a matrix of three columns and two rows*.<br><br><br><br>Ex. 1 (Datasheets) at 1 (1550585). |

Page 4 of 9

**Exhibit 3: Infringement of Claim 1 of U.S. Patent No. 12,407,124 by
Phoenix Accused Products**

| U.S. Patent No. 12,407,124 | Accused Products |
| --- | --- |
| a retention pin having a base portion and a protruding portion, | The plug connector assembly of the Accused Products comprises a contact insert comprising *a retention pin having a base portion and a protruding portion.*<br><br>a retention pin having a base portion and a protruding portion<br><br>Ex. 1 (Datasheets) at 1 (1550585). |

**Exhibit 3: Infringement of Claim 1 of U.S. Patent No. 12,407,124 by
Phoenix Accused Products**

| U.S. Patent No. 12,407,124 | Accused Products |
|---|---|
| a retention pin having a base portion and a protruding portion, *(cont'd)* | <br><br>https://www.phoenixcontact.com/en-us/products/contact-insert-hc-dcc4-i-ct-hw-m-1550585, CAD File (last visited December 15, 2025). |

**Exhibit 3: Infringement of Claim 1 of U.S. Patent No. 12,407,124 by
Phoenix Accused Products**

| U.S. Patent No. 12,407,124 | Accused Products |
| --- | --- |
| wherein the retention pin occupies a cavity in a middle column of the matrix, | The plug connector assembly of the Accused Products comprises a contact insert comprising a *retention pin* that *occupies a cavity in a middle column of the matrix.*<br><br><br><br>Ex. 1 (Datasheets) at 1 (1550585). |

**Exhibit 3: Infringement of Claim 1 of U.S. Patent No. 12,407,124 by
Phoenix Accused Products**

| U.S. Patent No. 12,407,124 | Accused Products |
|---|---|
| wherein the retention pin is not electrically conductive, and | The plug connector assembly of the Accused Products comprises a contact insert comprising a *retention pin* that *is not electrically conductive.* <br><br> <br><br> Ex. 1 (Datasheets) at 1, 3 (1550585). <br><br> "Polyamide 6 is the most common extruded polyamide and offers a balanced combination of all typical characteristics of this group of materials. … Main Features: … electrically insulating."  https://www.ensingerplastics.com/en-in/shapes/pa6-tecamid-6-natural. <br><br> "Polyamides, Nylon 6 Plastics … Insulator Material."  Johnson, H. Thayne. *Electronic Properties of Materials: A Guide to the Literature*, Springer, 2013, p. 618. |

Page 8 of 9

**Exhibit 3: Infringement of Claim 1 of U.S. Patent No. 12,407,124 by
Phoenix Accused Products**

| U.S. Patent No. 12,407,124 | Accused Products |
|---|---|
| wherein the protruding portion of the retention pin is configured to engage a socket insert of the socket connector when the plug connector assembly is plugged into the socket connector. | The plug connector assembly of the Accused Products comprises a contact insert comprising a *protruding portion of the retention pin* that *is configured to engage a socket insert of the socket connector when the plug connector assembly is plugged into the socket connector*.<br><br><br><br>Contact insert, number of positions: 4+PE, size: DCC06, Pin, Crimp connection, 690 V, 100 A, 6 mm² ... 25 mm², application: Power supply in data centers, tool-free Click-in mounting<br><br>Ex. 1 (Datasheets) at 1 (1550585), 42 (1861841). |

Page 9 of 9