**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| HARTING ELECTRIC STIFTUNG & CO. KG<br><br>Plaintiff,<br>v.<br><br>PHOENIX CONTACT GMBH & CO. KG; PHOENIX CONTACT USA, INC.; and PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC.<br><br>Defendants. | **Civil Action No. ___________**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff HARTING Electric Stiftung & Co. KG, by and through its undersigned counsel, states as follows:

HARTING Electric Stiftung & Co. KG's parent entity is HARTING Stiftung & Co. KG. HARTING Stiftung & Co. KG has no parent corporation. No publicly-held corporation owns 10 percent or more of Plaintiff's or HARTING Stiftung & Co. KG's stock.

Date: April 24, 2026,

**BECK REDDEN LLP**

By: *s/ Matthew P. Whitley*
Matthew P. Whitley
State Bar No. 24037703
Federal I.D. No. 33589
mwhitely@beckredden.com
Leslie H. Tronche
State Bar No.: 24078681
Federal I.D. No. 1725410
ltronche@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Phone: 713.951.3700
Fax: 713.951.3720

**COVINGTON & BURLING LLP**
Stephen A. Marshall (*pro hac vice* to be filed)
smarshall@cov.com
Brian R. Nester (*pro hac vice* to be filed)
bnester@cov.com
Scott C. Burger (*pro hac vice* to be filed)
sburger@cov.com
One CityCenter, 850 Tenth Street, N.W.
Washington, DC 2001
Telephone: (202) 662-6000