United States District Court
Southern District of Texas

**ENTERED**

May 06, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:26-cv-03352 |
|---|---|---|---|
| HARTING ELECTRIC STIFTUNG & CO. KG | | | |
| *versus* | | | |
| PHOENIX CONTACT GMBH & CO. KG; PHOENIX CONTACT USA, INC.; AND PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC. | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Stephen A. Marshall<br>Covington & Burling LLP<br>One CityCenter, 850 Tenth Street, N.W.<br>Washington, DC 20001<br>Telephone: (202) 662-6000<br>smarshall@cov.com<br>DC Bar #1012870 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | HARTING ELECTRIC STIFTUNG & CO. KG |

Has applicant been sanctioned by any bar association or court? Yes ______ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 5/4/2026 | Signed: Stephen Marshall |

| | |
|---|---|
| The state bar reports that the applicant's status is: Active | |
| Dated: 5/5/2026 | Clerk's signature /s/ Lisa R. Edwards |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: 5/5/2026

[signature]

United States District Judge