Case 4:26-cv-03352 Document 12 Filed 05/11/26 in TXSD Page 1 of 1

United States District Court
Southern District of Texas

**ENTERED**

May 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| | | | |
|---|---|---|---|
| Division | Houston | Case Number | 4:26-cv-03352 |
| HARTING ELECTRIC STIFTUNG & CO. KG | | | |
| *versus* | | | |
| PHOENIX CONTACT GMBH & CO. KG; PHOENIX CONTACT USA, INC.; AND PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC. | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Scott Conrad Burger<br>Covington & Burling LLP<br>One CityCenter, 850 Tenth Street, N.W.<br>Washington, DC 2001<br>Telephone: (202) 662-6000<br>SBurger@cov.com<br>DC Bar #90007298 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | HARTING ELECTRIC STIFTUNG & CO. KG |

| |
|---|
| Has applicant been sanctioned by any bar association or court? Yes ______ No ✓ |
| On a separate sheet for each sanction, please supply the full particulars. |

| | |
|---|---|
| Dated: 5/11/2026 | Signed: Scott C. Burger |

| | |
|---|---|
| The state bar reports that the applicant's status is: Active | |
| Dated: 5/11/2026 | Clerk's signature /s/ Lisa R. Edwards |

| |
|---|
| **Order** |

**This lawyer is admitted *pro hac vice*.**

Dated: 5/11/2026

[signature]
United States District Judge