AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

HARTING ELECTRIC STIFTUNG & CO. KG

*Plaintiff(s)*

v.

PHOENIX CONTACT GMBH & CO. KG; PHOENIX CONTACT USA, INC.; AND PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC.

*Defendant(s)*

Civil Action No. 4:26-cv-03352

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PHOENIX CONTACT USA, INC.
586 Fulling Mill Road
Middletown, PA 17057

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Whitley
Leslie Tronche
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

Date: May 5, 2026

*s/ Jacqueline Mata*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:26-cv-03352

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Phoenix Contact USA, Inc. was received by me on *(date)* 5/6/26.

☐ I personally served the summons on the individual at *(place)* ________________ on *(date)* ________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________________, a person of suitable age and discretion who resides there, on *(date)* ________________, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jonathan Kadar-Kallen, Employee , who is designated by law to accept service of process on behalf of *(name of organization)* Phoenix Contact USA, Inc. on *(date)* Tue, May 12 2026 at 3:35 pm at 125 Locust Street, Harrisburg, PA 17101 ; or

☐ I returned the summons unexecuted because: ________________; or

☐ Other: ________________; or

My fees are $ __ for travel and $ __ for services, for a total of $ __.

I declare under penalty of perjury that this information is true.

Date: 05/13/2026

Stephanie Kraft

*Server's signature*

Stephanie Kraft

*Printed name and title*

2347 N 7th St #13022 Harrisburg, PA 17110

*Server's address*

Additional Documents Served:
Complaint for Patent Infringement; Patent Case Order Setting Initial Case Management Conference and Scope of Discovery; Patent Case Scheduling Order; Exhibits 1-5; Civil Cover Sheet

15840579