**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **HARTING ELECTRIC STIFTUNG & CO. KG,** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | **Civil Action No.: 4:26-cv-03352** |
| | § | |
| **PHOENIX CONTACT GMBH & CO. KG; PHOENIX CONTACT USA, INC.; and PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC.** | § | |
| | § | |
| ***Defendants*.** | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that the following counsel hereby enters an appearance as counsel of record on behalf of Defendants Phoenix Contact USA, Inc. and Phoenix Contact Development and Manufacturing, Inc.:

Beth W. Petronio
Attorney-in-Charge
State Bar No. 00797664
Federal Id. No. 29628
beth.petronio@klgates.com
609 Main Street, Suite 4150
Houston, TX 77002
Phone: (713) 815-7300
Fax: (713) 815-7301

Dated: May 26, 2026

Respectfully submitted,

*/s/ Beth W. Petronio*
Beth W. Petronio
Attorney-in-Charge
State Bar No. 00797664
Federal Id. No. 29628
beth.petronio@klgates.com
609 Main Street, Suite 4150
Houston, TX 77002
Phone: (713) 815-7300
Fax: (713) 815-7301

**ATTORNEYS FOR DEFENDANTS PHOENIX CONTACT USA, INC. AND PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 26, 2026, a true and correct copy of the foregoing document was served upon all known counsel of record via the Court's CM/ECF electronic filing system:

*/s/ Beth W. Petronio*
Beth W. Petronio