**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **HARTING ELECTRIC STIFTUNG & CO. KG,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **Civil Action No.: 4:26-cv-03352** |
| | § | |
| **PHOENIX CONTACT GMBH & CO. KG; PHOENIX CONTACT USA, INC.; and PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC.** | § | |
| | § | |
| ***Defendants.*** | § | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR DEFENDANTS PHOENIX CONTACT USA, INC. AND PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Phoenix Contact USA, Inc. ("Phoenix USA") and Phoenix Development and Manufacturing, Inc. ("Phoenix Development") provides the following information:

Phoenix USA and Phoenix Development are both wholly-owned by Phoenix Contact Holdings, Inc., a privately held Pennsylvania corporation. No publicly held corporation owns 10% or more of the stock of either Pheonix USA or Phoenix Development.

Dated: May 26, 2026

Respectfully submitted,

*/s/ Beth W. Petronio*

Beth W. Petronio
Attorney-in-Charge
State Bar No. 00797664
Federal Id. No. 29628
beth.petronio@klgates.com
609 Main Street, Suite 4150
Houston, TX 77002
Phone: (713) 815-7300
Fax: (713) 815-7301

**ATTORNEYS FOR DEFENDANTS PHOENIX CONTACT USA, INC. AND PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that, on May 26, 2026, a true and correct copy of the foregoing document was served upon all known counsel of record via the Court's CM/ECF electronic filing system:

*/s/ Beth W. Petronio*
Beth W. Petronio