UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:26 cv 03352 |
| --- | --- | --- | --- |
| HARTING Electric Stiftung & Co. KG | | | |
| *versus* | | | |
| PHOENIX CONTACT GMBH & CO. KG; PHOENIX CONTACT USA, INC.; and PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC. | | | |

| | |
| --- | --- |
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Christopher J. Fahy<br>Arch & Lake LLP<br>203 N LaSalle Street, Suite 2100<br>Chicago, IL 60601<br>christopher@archlakelaw.com<br>Illinois Bar # 6286130 |

| | |
| --- | --- |
| Name of party applicant seeks to appear for: | Phoenix Contact USA, Inc.<br>Phoenix Contact Development and Manufacturing, Inc. |

Has applicant been sanctioned by any bar association or court? Yes ______ No ✔

On a separate sheet for each sanction, please supply the full particulars.

| | |
| --- | --- |
| Dated: 5/26/2026 | Signed: Christopher James Fahy |

| | |
| --- | --- |
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: ______________________ ______________________________

United States District Judge