United States District Court
Southern District of Texas
**ENTERED**
May 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| | | | |
|---|---|---|---|
| Division | Houston | Case Number | 4:26-cv-03352 |
| HARTING ELECTRIC STIFTUNG & CO. KG | | | |
| *versus* | | | |
| PHOENIX CONTACT GMBH & CO. KG; PHOENIX CONTACT USA, INC.; and PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC. | | | |

| | |
|---|---|
| Lawyer's Name | Jason Alexander Engel |
| Firm | K&L Gates LLP |
| Street | 70 West Madison Street, Suite 3300 |
| City & Zip Code | Chicago, IL 60602 |
| Telephone & Email | (312) 807-4236; jason.engel@klgates.com |
| Licensed: State & Number | Illinois 6274878 |
| Federal Bar & Number | N.D. Illinos; E.D. Wisconsin; Federal Circuit |

| | |
|---|---|
| Name of party applicant seeks to appear for: | PHOENIX CONTACT USA, INC. and PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC. |

Has applicant been sanctioned by any bar association or court? Yes ______ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 5/26/2026 | Signed: /s/ Jason A. Engel |

| | |
|---|---|
| The state bar reports that the applicant's status is: | Active |
| Dated: 5/27/26 | Clerk's signature /s/ Lisa R. Edwards |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: 5/27/26

[signature]

United States District Judge