United States District Court
Southern District of Texas
**ENTERED**
May 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| | | | |
|---|---|---|---|
| Division | Houston | Case Number | 4:26 cv 03352 |

HARTING Electric Stiftung & Co. KG

*versus*

PHOENIX CONTACT GMBH & CO. KG; PHOENIX CONTACT USA, INC.; and PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Christopher James Fahy<br>Arch & Lake LLP<br>203 N LaSalle Street, Suite 2100<br>Chicago, IL 60601<br>christopher@archlakelaw.com<br>Illinois Bar # 6286130<br>Phone: 312-404-2330 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Phoenix Contact USA, Inc.<br>Phoenix Contact Development and Manufacturing, Inc. |

Has applicant been sanctioned by any bar association or court? Yes ______ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 5/28/2026 | Signed: Christopher James Fahy |

The state bar reports that the applicant's status is: Active

| | |
|---|---|
| Dated: 5/28/2026 | Clerk's signature /s/ Lisa R. Edwards |

**Order**

**This lawyer is admitted *pro hac vice.***

Dated: 5/28/2026

[signature]

United States District Judge