UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# <u>Motion and Order for Admission *Pro Hac Vice*</u>

| Division | Houston | Case Number | 4:26 cv 03352 |
|---|---|---|---|
| HARTING ELECTRIC STIFTUNG & CO. KG | | | |
| *versus* | | | |
| PHOENIX CONTACT GMBH & CO. KG;<br>PHOENIX CONTACT USA, INC.; AND PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC. | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brian R. Nester<br>Covington & Burling LLP<br>One CityCenter, 850 Tenth Street, N.W.<br>Washington, DC 20001<br>(202) 662 6000 / BNester@cov.com<br>DC Bar # 460225 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | HARTING ELECTRRIC STIFTUNG & CO. KG |

Has applicant been sanctioned by any bar association or court? Yes __ __ No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 6/1/2026 | Signed: /S/ Brian R. Nester |

| | |
|---|---|
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: __________________________ _______________________________________

United States District Judge