**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| HARTING ELECTRIC STIFTUNG & CO. KG<br><br>Plaintiff,<br><br>v.<br><br>PHOENIX CONTACT GMBH & CO. KG; PHOENIX CONTACT USA, INC.; and PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC.<br><br>Defendants. | **Civil Action No. 4:26-cv-03352**<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO SET DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND RESET INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

Plaintiff HARTING Electric Stiftung & Co. KG (hereinafter "HARTING" or "Plaintiff"), and Defendants Phoenix Contact GmbH & Co. KG ("Phoenix Contact"), Phoenix Contact USA, Inc. ("Phoenix USA"), and Phoenix Contact Development and Manufacturing, Inc. ("Phoenix Development") (collectively, "Defendants" or "Phoenix") jointly request that the Court extend the time within which Defendants are required to answer or otherwise respond to Plaintiff's Complaint. In support of this Motion, the parties hereby jointly stipulate and agree as follows:

- On April 24, 2026, Plaintiff filed its Complaint alleging patent infringement against Defendants;
- On May 12, 2026, a copy of summons issued as to Defendants in this action and a copy of Plaintiff's Complaint were delivered to Defendants Phoenix USA and Phoenix Development in care of said Defendants' agent for service at 125 Locust

Street, Harrisburg, PA 17101, such that said Defendants' time to answer or otherwise respond to the Complaint is June 2, 2026;

- On June 1, 2026, Defendants Phoenix USA and Phoenix Development filed an unopposed motion for extension of time to reset their time to answer or otherwise respond to the Complaint to July 2, 2026 (ECF 22);
- Plaintiff has initiated service on Defendant Phoenix Contact in Germany in accordance with the Hague Service Convention;
- Defendant Phoenix Contact accepted a Waiver of Summons of Service (ECF No. 25) such that its time to answer or otherwise respond to the Complaint is August 31, 2026;
- Counsel for Defendants Phoenix Contact, Phoenix USA, and Phoenix Development have requested and Counsel for Plaintiff has agreed, subject to the approval of the Court, that said Defendants may have until September 1, 2026 to answer or otherwise respond to the Complaint, so all Defendants' deadlines are aligned;
- Counsel for Plaintiff and Counsel for Defendants also request that the Initial Case Management Conference set for July 10, 2026 at 10:30 AM (ECF 4), and related deadlines be moved accordingly. Specifically, the parties agree to meet and confer in accordance with Federal Rule of Civil Procedure 26(f) and Rule 2-1 of the Rules of Practice for Patent Cases in the Southern District of Texas and file a Joint Case Management Plan by September 21, 2026; and
- Good cause for this request exists where a single previous request for extension has been made in this matter and no Scheduling Order has yet been entered, and the

parties' agreement will simplify initial pleadings practice, promote judicial economy, and allow Defendants sufficient time to assess the case.

Accordingly, the parties agree, subject to the approval of the Court, that the deadline for all Defendants to answer or otherwise respond to Plaintiff's Complaint in this action will be September 1, 2026 and the parties will file a Joint Case Management Plan by September 21, 2026.

The parties jointly request, therefore, that the time in which all Defendants are required to answer or otherwise respond to Plaintiff's Complaint will be September 1, 2026 and the Initial Case Management Conference set according to the Court's availability after September 21, 2026.

Dated: June 17, 2026

*/s/ Matthew P. Whitley*
Matthew P. Whitley
State Bar No. 24037703
Federal I.D. No. 33589
mwhitely@beckredden.com
Leslie H. Tronche
State Bar No.: 24078681
Federal I.D. No. 1725410
ltronche@beckredden.com
**BECK REDDEN LLP**
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Phone: 713.951.3700
Fax: 713.951.3720

Stephen A. Marshall
smarshall@cov.com
Brian R. Nester
bnester@cov.com
Scott C. Burger
sburger@cov.com
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street, N.W.
Washington, DC 2001
Telephone: (202) 662-6000

*Counsel for Plaintiff HARTING Electric Stiftung & Co. KG*

*/s/ Beth W. Petronio*
Beth W. Petronio
Attorney-in-Charge
State Bar No. 00797664
Federal Id. No. 29628
beth.petronio@klgates.com
609 Main Street, Suite 4150
Houston, TX 77002
Phone: (713) 815-7300
Fax: (713) 815-7301

Jason Alexander Engel (*pro hac vice*)
K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
312-372-1121
Fax: 312-827-8145
jason.engel@klgates.com

Christopher James Fahy (*pro hac vice*)
Arch & Lake LLP
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
312-404-2330
christopher@archlakelaw.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this pleading was served upon known counsel of record via ECF on June 17, 2026.

*/s/ Matthew P. Whitley*
Matthew P. Whitley