**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

HARTING Electric Stiftung & Co. KG

v. Case Number: 4:26−cv−03352

Phoenix Contact GmbH & Co. KG, et al.

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

Yvonne Y Ho

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 10/2/2026

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Initial Conference

Date: June 18, 2026

Nathan Ochsner, Clerk
by R. Willborg, Deputy Clerk