**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| HARTING ELECTRIC STIFTUNG & CO. KG<br>Plaintiff,<br>v.<br>PHOENIX CONTACT GMBH & CO. KG; PHOENIX CONTACT USA, INC.; and PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC.<br>Defendants. | **Civil Action No. 4:26-cv-03352** |

**ORDER GRANTING JOINT MOTION TO SET DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND RESET INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

Before the Court is Plaintiff Harting Electric Stiftung & Co. KG, and Defendants Phoenix Contact GmbH & Co. KG, Phoenix Contact USA, Inc., and Phoenix Contact Development and Manufacturing, Inc.'s Joint Motion to Set Deadline to Answer or Otherwise respond to Plaintiff's Complaint and Reset Initial Case Management Conference and Related Deadlines. Having considered the Motion, the Court hereby grants the relief requested therein and extends the deadlines as follows:

The deadline for all Defendants to answer or otherwise respond to Plaintiff's Complaint in this action will be September 1, 2026 and the parties will file a Joint Case Management Plan by September 21, 2026 and the Initial Case Management Conference will be set according to the Court's availability after September 21, 2026.

SO ORDERED.

___________________________
Date

________________________________________
The Honorable Alfred H. Bennett
United States District Judge