**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **HARTING ELECTRIC STIFTUNG & CO. KG,** | § | |
| *Plaintiff,* | § | |
| v. | § | **Civil Action No.: 4:26-cv-03352** |
| **PHOENIX CONTACT GMBH & CO. KG; PHOENIX CONTACT USA, INC.; and PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC.** | § | |
| *Defendants.* | § | |

**ORDER GRANTING DEFENDANTS PHOENIX CONTACT USA, INC. AND PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC.'S UNOPPOSED MOTION FOR EXTENSION OF RESPONSIVE PLEADING DEADLINE**

Before the Court is Defendants Phoenix Contact USA, Inc. and Phoenix Contact Development and Manufacturing, Inc. (collectively, the "US Defendants") Unopposed Motion for Extension of Responsive Pleading Deadline. Having considered the Motion, the Court hereby grants the relief requested therein and extends the deadline for the US Defendants to answer or otherwise respond to the Complaint for 30 days to July 2, 2026.

SO ORDERED.

JUN 24 2026
Date

The Honorabile Alfred H. Bennett
United States District Judge



1612476342.1