# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| HARTING ELECTRIC STIFTUNG & CO. KG<br>Plaintiff,<br>v.<br>PHOENIX CONTACT GMBH & CO. KG; PHOENIX CONTACT USA, INC.; and PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC.<br>Defendants. | **Civil Action No. 4:26-cv-03352**<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO RESET DEADLINE TO FILE**
**JOINT CASE MANAGEMENT PLAN**

Plaintiff HARTING Electric Stiftung & Co. KG (hereinafter "HARTING" or "Plaintiff"), and Defendants Phoenix Contact GmbH & Co. KG ("Phoenix Contact"), Phoenix Contact USA, Inc. ("Phoenix USA"), and Phoenix Contact Development and Manufacturing, Inc. ("Phoenix Development") (collectively, "Defendants" or "Phoenix") jointly request that the Court reset the deadline for the Parties to file the Joint Case Management Plan to September 25, 2026. In support of this Motion, the parties hereby jointly stipulate and agree as follows:

- On April 24, 2026, Plaintiff filed its Complaint alleging patent infringement against Defendants;
- On June 17, 2026, the Parties jointly moved to reset Defendants' deadline to answer or otherwise respond to the Complaint and that the Initial Case Management Conference and related deadlines be moved accordingly. ECF 26. Specifically, the parties agreed to meet and confer in accordance with Federal Rule of Civil

Procedure 26(f) and Rule 2-1 of the Rules of Practice for Patent Cases in the Southern District of Texas and file a Joint Case Management Plan by September 21, 2026. *Id.*

- The Court granted the Parties' joint motion on July 20, 2026. ECF 30.
- The Initial Case Management Conference was reset for October 2, 2026. ECF 27.
- The Parties are currently engaged in the Rule 26(f) conference process and jointly request the deadline to file a Joint Case Management Plan by September 21, 2026 be reset to September 25, 2026.
- The Parties' agreement will allow sufficient time to complete the Rule 26(f) Conference no later than 14 days before the Initial Case Management Conference, and file the Joint Case Management Plan with the Court 7 days before the Initial Case Management Conference, as required by ECF 4.

The parties jointly request, therefore, that the deadline by which the Parties will file a Joint Case Management Plan be reset to September 25, 2026.

Dated: September 8, 2026

/s/ Stephen A. Marshall

Matthew P. Whitley
State Bar No. 24037703
Federal I.D. No. 33589
mwhitely@beckredden.com
Leslie H. Tronche
State Bar No.: 24078681
Federal I.D. No. 1725410
ltronche@beckredden.com
**BECK REDDEN LLP**
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Phone: 713.951.3700

s/ Christopher James Fahy

Beth W. Petronio
Attorney-in-Charge
State Bar No. 00797664
Federal Id. No. 29628
beth.petronio@klgates.com
609 Main Street, Suite 4150
Houston, TX 77002
Phone: (713) 815-7300
Fax: (713) 815-7301

Jason Alexander Engel (*pro hac vice*)
K&L Gates LLP

Fax: 713.951.3720

Stephen A. Marshall
smarshall@cov.com
Brian R. Nester
bnester@cov.com
Scott C. Burger
sburger@cov.com
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street, N.W.
Washington, DC 2001
Telephone: (202) 662-6000

*Counsel for Plaintiff HARTING Electric Stiftung & Co. KG*

70 W. Madison St., Suite 3100
Chicago, IL 60602
312-372-1121
Fax: 312-827-8145
jason.engel@klgates.com

Christopher James Fahy (*pro hac vice*)
Arch & Lake LLP
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
312-404-2330
christopher@archlakelaw.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this pleading was served upon known counsel of record via ECF on September 8, 2026.

s/ *Christopher James Fahy*