**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**Houston Division**

| | |
|---|---|
| HARTING ELECTRIC STIFTUNG & CO. KG<br><br>Plaintiff,<br>v.<br><br>PHOENIX CONTACT GMBH & CO. KG; PHOENIX CONTACT USA, INC.; and PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC.<br><br>Defendants. | **Civil Action No. 4:26−cv−03352**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S CERTIFICATE OF**
**INTERESTED PERSONS AND DISCLOSURE STATEMENT**

Pursuant to this Court's Patent Case Order Setting Initial Case Management Conference and Scope of Discovery (ECF No. 4), Notice of Resetting (ECF No. 27), and Federal Rule of Civil Procedure 7.1, Plaintiff HARTING Electric Stiftung & Co. KG respectfully submits its Certificate of Interested Persons and Disclosure Statement.

The following persons, associations, firms, partnerships, corporations, affiliates, parent corporations, or other entities, including any unincorporated entities such as LLCs or LLPs, currently known to Plaintiff, may be financially interested in the outcome of this litigation:

**Plaintiff:**

Plaintiff HARTING Electric Stiftung & Co. KG is a Kommanditgesellschaft (a form of limited partnership) organized under the laws of the Federal Republic of Germany, and its members are HARTING Stiftung & Co. KG and HARTING Beteiligungs GmbH.

HARTING Stiftung & Co. KG is a Kommanditgesellschaft organized under the laws of the Federal Republic of Germany, and its general member is HARTING Führungsstiftung. HARTING Führungsstiftung is organized under the laws of the Federal Republic of Germany.

HARTING Beteiligungs GmbH is a Gesellschaft mit beschränkter Haftung (a form of limited liability company) organized under the laws of the Federal Republic of Germany and is owned by HARTING Stiftung & Co. KG, disclosed above.

**Counsel for Plaintiff:**

Beck Redden LLP

Covington & Burling LLP

**Defendants:**

Phoenix Contact GmbH & Co. KG

Phoenix Contact USA, Inc.

Phoenix Contact Development and Manufacturing, Inc.

**Counsel for Defendants:**

Arch & Lake LLP

K&L Gates LLP

Plaintiff reserves the right to supplement or amend this Certificate should additional parties or interested persons become known through the course of this litigation.

Date: September 18, 2026

**BECK REDDEN LLP**

By: *s/ Matthew P. Whitley*
Matthew P. Whitley
State Bar No. 24037703
Federal I.D. No. 33589
mwhitely@beckredden.com
Leslie H. Tronche
State Bar No.: 24078681
Federal I.D. No. 1725410
ltronche@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Phone: 713.951.3700
Fax: 713.951.3720

**COVINGTON & BURLING LLP**
Stephen A. Marshall
smarshall@cov.com
Brian R. Nester
bnester@cov.com
Scott C. Burger
sburger@cov.com
One CityCenter, 850 Tenth Street, N.W.
Washington, DC 2001
Telephone: (202) 662-6000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record in a manner authorized by Federal Rule of Civil Procedure 5 on September 18, 2026.

*/s/ Matthew P. Whitley*
Matthew P. Whitley