UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HARTING ELECTRIC STIFTUNG & CO. KG,<br><br>Plaintiff,<br><br>v.<br><br>PHOENIX CONTACT GMBH & CO. KG; PHOENIX CONTACT USA, INC.; and PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC.,<br><br>Defendants. | Case No. 4:26-cv-03352<br><br>Hon. Alfred H. Bennett |

**DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**
**AND CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Fed. R. Civ. P. 7.1, and the Court's Order Setting Initial Case Management Conference and Scope of Discovery dated April 28, 2026 (ECF 4), Defendants Phoenix Contact GmbH & Co. KG, ("Phoenix KG"), Phoenix Contact USA, Inc. ("Phoenix USA"), and Phoenix Contact Development and Manufacturing, Inc. ("Phoenix Development") state the following.

1. Phoenix KG has no parent company.
2. The following own approximately 10% or more of Phoenix KG: Phoenix Contact Verwaltungs-Gesellschaft mit beschränkter Haftung; Barbara von Braunbehrens; Dr. Frank Eisert; Moritz Eisert; Thomas Julian Eisert; and Robert von Braunbehrens.
3. Phoenix USA is wholly-owned by Phoenix Contact Holdings, Inc., a privately held Pennsylvania corporation.
4. Phoenix Development is wholly-owned by Phoenix Contact Holdings, Inc., a privately held Pennsylvania corporation.

5. Phoenix Contact Holdings, Inc. is wholly-owned by Elektrophoenix GmbH, which in turn is wholly-owned by Phoenix KG.
6. No publicly held corporation owns 10% or more of the stock of any Defendant.

Dated: September 18, 2026

Respectfully submitted,

/s/ Jason A. Engel

Beth W. Petronio
Attorney-in-Charge
State Bar No. 00797664
Federal Id. No. 29628
beth.petronio@klgates.com
609 Main Street, Suite 4150
Houston, TX 77002
Phone: (713) 815-7300
Fax: (713) 815-7301

*Of counsel:*

Jason Alexander Engel (*pro hac vice*)
K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
312-372-1121
Fax: 312-827-8145
jason.engel@klgates.com

Christopher James Fahy (*pro hac vice*)
Arch & Lake LLP
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
312-404-2330
christopher@archlakelaw.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that, on September 18, 2026, a true and correct copy of the foregoing document was served upon all known counsel of record via the Court's CM/ECF electronic filing system.

/s/ Jason A. Engel
Jason A. Engel