UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:26-cv-03352 |
|---|---|---|---|
| HARTING ELECTRIC STIFTUNG & CO. KG | | | |
| *versus* | | | |
| PHOENIX CONTACT GMBH & CO. KG; PHOENIX CONTACT USA, INC.; and PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC., | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jacob Skebba<br>Arch & Lake LLP<br>203 N LaSalle St.<br>Suite 2100<br>Chicago, IL 60601<br>(312) 558-1369<br>jacobskebba@archlakelaw.com<br>Wisconsin # 1118205<br>EDTX # 1118205WI |

| | |
|---|---|
| Name of party applicant seeks to appear for: | PHOENIX CONTACT GMBH & CO. KG; PHOENIX CONTACT USA, INC.; and PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC., |

Has applicant been sanctioned by any bar association or court? Yes ________ No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 9/22/2026 | Signed: Jacob Skebba |

| | |
|---|---|
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: ________________________

________________________________
United States District Judge