# EXHIBIT 1

# HC-DCC4-I-CT-HW-M - Contact insert

1550585

https://www.phoenixcontact.com/us/products/1550585

Please be informed that the data shown in this PDF document is generated from our online catalog. Please find the complete data in the user documentation. Our general terms of use for downloads are valid.



Contact insert, number of positions: 4+PE, size: DCC06, Pin, Crimp connection, 690 V, 100 A, 6 $mm^2$ ... 25 $mm^2$, application: Power supply in data centers, tool-free Click-in mounting

## Your advantages

- Shock and vibration-resistant in accordance with DIN EN 61373

## Commercial data

| | |
|---|---|
| Item number | 1550585 |
| Packing unit | 1 pc |
| Minimum order quantity | 1 pc |
| Sales key | BF61 |
| Product key | AF7ABL |
| GTIN | 4067923027817 |
| Weight per piece (including packing) | 46.2 g |
| Weight per piece (excluding packing) | 42.7 g |
| Customs tariff number | 85366990 |
| Country of origin | PL |

# HC-DCC4-I-CT-HW-M - Contact insert

1550585

https://www.phoenixcontact.com/us/products/1550585

## Technical data

### Notes

| | |
|---|---|
| General | Connectors may be operated only when there is no load/voltage. |

### Mounting

| | |
|---|---|
| Assembly note | To ensure correct use, installation in housing with IP54 protection or better is required |
| | Tool-free snap-in into the plastic housings of the HC-DDC06 series |

### Product properties

| | |
|---|---|
| Series | HC-DCC |
| Application | Power supply in data centers |
| Number of positions | 4 |
| Connection profile | 4+PE |
| Contact material type | turned |
| Shielded | no |

#### Insulation characteristics

| | |
|---|---|
| Overvoltage category | III |
| Degree of pollution | 3 |

### Dimensions

| | |
|---|---|
| Dimensional drawing |  |
| Width | 35.1 mm |
| Height | 48.7 mm |
| Length | 54.2 mm |

#### Mechanical characteristics

| | |
|---|---|
| Contact diameter | 6 mm |

### Connection data

#### Connection technology

| | |
|---|---|
| Connection technology | Crimp connection |

#### Conductor connection

| | |
|---|---|
| Conductor cross section | 6 mm² ... 25 mm² |
| Connection cross section AWG | 10 ... 4 |

### Electrical properties

# HC-DCC4-I-CT-HW-M - Contact insert

1550585

https://www.phoenixcontact.com/us/products/1550585

| | |
|---|---|
| Rated voltage (III/3) | 690 V |
| Rated surge voltage | 6 kV |
| Rated current | 100 A |

## Mechanical properties

Mechanical data

| | |
|---|---|
| Insertion/withdrawal cycles | ≥ 500 |

## Material specifications

| | |
|---|---|
| Flammability rating according to UL 94 | V0 |
| Contact carrier material | PA 6 |

## Environmental and real-life conditions

Ambient conditions

| | |
|---|---|
| Ambient temperature (operation) | -40 °C ... 125 °C (including heating up of contacts) |

# HC-DCC4-I-CT-HW-M - Contact insert

1550585

https://www.phoenixcontact.com/us/products/1550585

## Drawings

Dimensional drawing




Dimensional drawing

# HC-DCC4-I-CT-HW-M - Contact insert

1550585

https://www.phoenixcontact.com/us/products/1550585

Schematic diagram



# HC-DCC4-I-CT-HW-M - Contact insert

1550585

https://www.phoenixcontact.com/us/products/1550585

Diagram




Derating diagram

# HC-DCC4-I-CT-HW-M - Contact insert

1550585

https://www.phoenixcontact.com/us/products/1550585

## Classifications

### ECLASS

| | |
|---|---|
| ECLASS-13.0 | 27440205 |
| ECLASS-15.0 | 27440205 |

### ETIM

| | |
|---|---|
| ETIM 9.0 | EC000438 |

# HC-DCC4-I-CT-HW-M - Contact insert

1550585

https://www.phoenixcontact.com/us/products/1550585

## Environmental product compliance

EU RoHS

| | |
|---|---|
| Fulfills EU RoHS substance requirements | Yes, No exemptions |

China RoHS

| | |
|---|---|
| Environment friendly use period (EFUP) | EFUP-E |
| | No hazardous substances above the limits |

EU REACH SVHC

| | |
|---|---|
| REACH candidate substance (CAS No.) | No substance above 0.1 wt% |

# HC-DCC4-I-CT-HW-M - Contact insert

1550585

https://www.phoenixcontact.com/us/products/1550585

## Accessories

### CK6,0-ED-6,00M DCC AG - Crimp contact

1556215

https://www.phoenixcontact.com/us/products/1556215



Crimp contact, series: HC-M-...-25, HC-DCC4-I-CT-HW, Pin, turned, contact diameter: 6 mm, connection cross section: 6 $mm^2$ ... 6 $mm^2$, AWG 10...10 , contact material: Cu alloy

### CK6,0-ED-6,00M PE DCC AG - Crimp contact

1559523

https://www.phoenixcontact.com/us/products/1559523



Crimp contact, series: HC-M-...-25, HC-DCC4-I-CT-HW, Pin, turned, contact diameter: 6 mm, connection cross section: 6 $mm^2$ ... 6 $mm^2$, AWG 10...10 , contact material: Cu alloy

## CK6,0-ED-10,00M DCC AG - Crimp contact

1556208

https://www.phoenixcontact.com/us/products/1556208



Crimp contact, series: HC-M-...-25, HC-DCC4-I-CT-HW, Pin, turned, contact diameter: 6 mm, connection cross section: 10 $mm^2$ ... 10 $mm^2$, AWG 8...8 , contact material: Cu alloy

## CK6,0-ED-10,00M PE DCC AG - Crimp contact

1559526

https://www.phoenixcontact.com/us/products/1559526



Crimp contact, series: HC-M-...-25, HC-DCC4-I-CT-HW, Pin, turned, contact diameter: 6 mm, connection cross section: 10 $mm^2$ ... 10 $mm^2$, AWG 8...8 , contact material: Cu alloy

# HC-DCC4-I-CT-HW-M - Contact insert

1550585

https://www.phoenixcontact.com/us/products/1550585

## CK6,0-ED-16,00M DCC AG - Crimp contact

1559529

https://www.phoenixcontact.com/us/products/1559529



Crimp contact, series: HC-M-...-25, HC-DCC4-I-CT-HW, Pin, turned, contact diameter: 6 mm, connection cross section: 16 mm$^2$ ... 16 mm$^2$, AWG 6...6 , contact material: Cu alloy

## CK6,0-ED-16,00M PE DCC AG - Crimp contact

1559527

https://www.phoenixcontact.com/us/products/1559527



Crimp contact, series: HC-M-...-25, HC-DCC4-I-CT-HW, Pin, turned, contact diameter: 6 mm, connection cross section: 16 mm$^2$ ... 16 mm$^2$, AWG 6...6 , contact material: Cu alloy

# HC-DCC4-I-CT-HW-M - Contact insert

1550585

https://www.phoenixcontact.com/us/products/1550585

## CK6,0-ED-25,00M DCC AG - Crimp contact

1694571

https://www.phoenixcontact.com/us/products/1694571



Crimp contact, series: HC-M-...-25, HC-DCC4-I-CT-HW, Pin, turned, contact diameter: 6 mm, connection cross section: 25 $mm^2$ ... 25 $mm^2$, AWG 4...4 , contact material: Cu alloy

---

## CK6,0-ED-25,00M PE DCC AG - Crimp contact

1694569

https://www.phoenixcontact.com/us/products/1694569



Crimp contact, series: HC-M-...-25, HC-DCC4-I-CT-HW, Pin, turned, contact diameter: 6 mm, connection cross section: 25 $mm^2$ ... 25 $mm^2$, AWG 4...4 , contact material: Cu alloy

---

Phoenix Contact 2025 © - all rights reserved
https://www.phoenixcontact.com

Phoenix Contact USA
586 Fulling Mill Road
Middletown, PA 17057, United States
(+717) 944-1300
info@phoenixcon.com

# HC-DCC06-HHFD-1TGESM32-PLBK - Housing

1551459

https://www.phoenixcontact.com/us/products/1551459

Please be informed that the data shown in this PDF document is generated from our online catalog. Please find the complete data in the user documentation. Our general terms of use for downloads are valid.



Sleeve housing DCC06, for double locking latch, material: PA 6, cable outlets: 1, straight, 1x M32, height: 139.9 mm, cable gland: with, Power supply in data centers, with extra-strong strain relief

## Your advantages

- Lower costs than metal version
- Low weight

## Commercial data

| | |
|---|---|
| Item number | 1551459 |
| Packing unit | 1 pc |
| Minimum order quantity | 1 pc |
| Sales key | BF60 |
| Product key | AF7APS |
| GTIN | 4067923028616 |
| Weight per piece (including packing) | 138.8 g |
| Weight per piece (excluding packing) | 129.5 g |
| Customs tariff number | 85389099 |
| Country of origin | PL |

# HC-DCC06-HHFD-1TGESM32-PLBK - Housing

1551459

https://www.phoenixcontact.com/us/products/1551459

## Technical data

### Notes

| | |
|---|---|
| General | Connectors may be operated only when there is no load/voltage. |

### Product properties

| | |
|---|---|
| Housing type | Sleeve housing |
| Series | HC-DCC |
| Application | Power supply in data centers |
| No. of cable outlets | 1 |
| Type of the screw connection | 1x M32 |
| Shielded | no |
| Cable outlet | straight |
| Pg screw connection | with |

### Dimensions

| | |
|---|---|
| Dimensional drawing |   |
| Width | 53.8 mm |
| Height | 139.9 mm |
| Length | 60.5 mm |
| Clamping range of the strain relief clip | 11.00 mm ... 21.00 mm |

### Material specifications

| | |
|---|---|
| Color | black (RAL 9005) |
| Flammability rating according to UL 94 | V0 |
| Seal material | NBR |
| Housing material | PA 6 |

### Mechanical properties

Mechanical data

| | |
|---|---|
| Type of the screw connection | 1x M32 |
| Locking type | Pin |

### Cable/line

| | |
|---|---|
| External cable diameter | 11 mm ... 21 mm |

### Connection data

| | |
|---|---|
| External cable diameter | 11 mm ... 21 mm |

# HC-DCC06-HHFD-1TGESM32-PLBK - Housing

1551459

https://www.phoenixcontact.com/us/products/1551459

| | |
|---|---|
| Tightening torque | 7.5 Nm ... 7.5 Nm |
| Tightening torque contact carrier | 1.2 Nm |

## Mounting

| | |
|---|---|
| Assembly note | Connectors may only be actuated when there is no load/voltage. |

## Environmental and real-life conditions

### Ambient conditions

| | |
|---|---|
| Degree of protection | IP66 |
| Ambient temperature (operation) | -40 °C ... 125 °C |

# HC-DCC06-HHFD-1TGESM32-PLBK - Housing

1551459

https://www.phoenixcontact.com/us/products/1551459

## Drawings

Dimensional drawing




Dimensional drawing

# HC-DCC06-HHFD-1TGESM32-PLBK - Housing

1551459

https://www.phoenixcontact.com/us/products/1551459

## Classifications

### ECLASS

| | |
|---|---|
| ECLASS-13.0 | 27440202 |
| ECLASS-15.0 | 27440202 |

### ETIM

| | |
|---|---|
| ETIM 10.0 | EC000437 |

### UNSPSC

| | |
|---|---|
| UNSPSC 21.0 | 31261500 |

# HC-DCC06-HHFD-1TGESM32-PLBK - Housing

1551459

https://www.phoenixcontact.com/us/products/1551459

## Environmental product compliance

EU RoHS

| | |
|---|---|
| Fulfills EU RoHS substance requirements | Yes, No exemptions |

China RoHS

| | |
|---|---|
| Environment friendly use period (EFUP) | EFUP-E |
| | No hazardous substances above the limits |

EU REACH SVHC

| | |
|---|---|
| REACH candidate substance (CAS No.) | No substance above 0.1 wt% |

# HC-DCC06-HHFD-1TGESM32-PLBK - Housing

1551459

https://www.phoenixcontact.com/us/products/1551459

## Accessories

### HC-DCC4-I-CT-HW-M - Contact insert

1550585

https://www.phoenixcontact.com/us/products/1550585



Contact insert, number of positions: 4+PE, size: DCC06, Pin, Crimp connection, 690 V, 100 A, 6 $mm^2$ ... 25 $mm^2$, application: Power supply in data centers, tool-free Click-in mounting

---

### US-EMLP-HA (20X9) - Plastic label

0830989

https://www.phoenixcontact.com/us/products/0830989



Plastic label, Card, white, unmarked, can be labeled with: BLUEMARK ID COLOR, BLUEMARK ID, THERMOMARK PRIME, THERMOMARK CARD 2.0, THERMOMARK CARD, THERMOMARK PRIME 2. 0, mounting type: adhesive, Number of individual labels: 70, text field height: 9 mm, text field width: 20 mm

---

## US-EMLP-HA (20X9) CUS - Plastic label

0830995

https://www.phoenixcontact.com/us/products/0830995



Plastic label, Card, can be ordered: by card, white, labeled, can be labeled with: THERMOMARK CARD, mounting type: adhesive, Number of individual labels: 70, text field height: 9 mm, text field width: 20 mm

Phoenix Contact 2025 © - all rights reserved
https://www.phoenixcontact.com

Phoenix Contact USA
586 Fulling Mill Road
Middletown, PA 17057, United States
(+717) 944-1300
info@phoenixcon.com

# HC-DCC06-CHWD-1TGM32-PLRBK - Coupler connector

1551460

https://www.phoenixcontact.com/us/products/1551460

Please be informed that the data shown in this PDF document is generated from our online catalog. Please find the complete data in the user documentation. Our general terms of use for downloads are valid.



Coupling housings DCC06, with double locking latch, material: PA 6, cable outlets: 1, straight, 1x M32, cable gland: with, Power supply in data centers

## Your advantages

- Lower costs than metal version
- Low weight

## Commercial data

| | |
|---|---|
| Item number | 1551460 |
| Packing unit | 1 pc |
| Minimum order quantity | 1 pc |
| Product key | AF7APS |
| GTIN | 4067923028807 |
| Weight per piece (including packing) | 137.3 g |
| Weight per piece (excluding packing) | 137.2 g |
| Country of origin | PL |

# HC-DCC06-CHWD-1TGM32-PLRBK - Coupler connector

1551460

https://www.phoenixcontact.com/us/products/1551460

## Technical data

### Notes

| | |
|---|---|
| General | Connectors may be operated only when there is no load/voltage. |

### Product properties

| | |
|---|---|
| Housing type | Coupling housings |
| Series | HC-DCC |
| Application | Power supply in data centers |
| No. of cable outlets | 1 |
| Type of the screw connection | 1x M32 |
| Shielded | no |
| Cable outlet | straight |
| Pg screw connection | with |

### Dimensions

| | |
|---|---|
| Dimensional drawing |  |
| Clamping range of the strain relief clip | 11.00 mm ... 21.00 mm |

### Material specifications

| | |
|---|---|
| Color | black (RAL 9005) |
| Flammability rating according to UL 94 | V0 |
| Seal material | NBR |
| Housing material | PA 6 |
| Locking latch material | PA |

### Mechanical properties

Mechanical data

| | |
|---|---|
| Type of the screw connection | 1x M32 |

### Cable/line

| | |
|---|---|
| External cable diameter | 11 mm ... 21 mm |

### Connection data

| | |
|---|---|
| External cable diameter | 11 mm ... 21 mm |
| Tightening torque | 7.5 Nm ... 7.5 Nm |
| Tightening torque contact carrier | 1.2 Nm |

# HC-DCC06-CHWD-1TGM32-PLRBK - Coupler connector

1551460

https://www.phoenixcontact.com/us/products/1551460

## Mounting

| | |
|---|---|
| Assembly note | Connectors may only be actuated when there is no load/voltage. |

## Environmental and real-life conditions

### Ambient conditions

| | |
|---|---|
| Degree of protection | IP66 |
| Ambient temperature (operation) | -40 °C ... 125 °C |

# HC-DCC06-CHWD-1TGM32-PLRBK - Coupler connector

1551460

https://www.phoenixcontact.com/us/products/1551460

## Drawings

Dimensional drawing




Dimensional drawing

# HC-DCC06-CHWD-1TGM32-PLRBK - Coupler connector

1551460

https://www.phoenixcontact.com/us/products/1551460

## Classifications

### ECLASS

| | |
|---|---|
| ECLASS-13.0 | 27440202 |
| ECLASS-15.0 | 27440202 |

### ETIM

| | |
|---|---|
| ETIM 10.0 | EC000437 |

### UNSPSC

| | |
|---|---|
| UNSPSC 21.0 | 31261500 |

# HC-DCC06-CHWD-1TGM32-PLRBK - Coupler connector

1551460

https://www.phoenixcontact.com/us/products/1551460

## Environmental product compliance

EU RoHS

| | |
|---|---|
| Fulfills EU RoHS substance requirements | Yes, No exemptions |

China RoHS

| | |
|---|---|
| Environment friendly use period (EFUP) | EFUP-E |
| | No hazardous substances above the limits |

EU REACH SVHC

| | |
|---|---|
| REACH candidate substance (CAS No.) | No substance above 0.1 wt% |

# HC-DCC06-CHWD-1TGM32-PLRBK - Coupler connector

1551460

https://www.phoenixcontact.com/us/products/1551460

## Accessories

### HC-DCC4-I-CT-HW-M - Contact insert

1550585

https://www.phoenixcontact.com/us/products/1550585



Contact insert, number of positions: 4+PE, size: DCC06, Pin, Crimp connection, 690 V, 100 A, 6 $mm^2$ ... 25 $mm^2$, application: Power supply in data centers, tool-free Click-in mounting

---

### US-EMLP-HA (20X9) - Plastic label

0830989

https://www.phoenixcontact.com/us/products/0830989



Plastic label, Card, white, unmarked, can be labeled with: BLUEMARK ID COLOR, BLUEMARK ID, THERMOMARK PRIME, THERMOMARK CARD 2.0, THERMOMARK CARD, THERMOMARK PRIME 2.0, mounting type: adhesive, Number of individual labels: 70, text field height: 9 mm, text field width: 20 mm

---

# HC-DCC06-CHWD-1TGM32-PLRBK - Coupler connector

1551460

https://www.phoenixcontact.com/us/products/1551460

## US-EMLP-HA (20X9) CUS - Plastic label

0830995

https://www.phoenixcontact.com/us/products/0830995



Plastic label, Card, can be ordered: by card, white, labeled, can be labeled with: THERMOMARK CARD, mounting type: adhesive, Number of individual labels: 70, text field height: 9 mm, text field width: 20 mm

Phoenix Contact 2025 © - all rights reserved
https://www.phoenixcontact.com

Phoenix Contact USA
586 Fulling Mill Road
Middletown, PA 17057, United States
(+717) 944-1300
info@phoenixcon.com

# CK6,0-ED-16,00M PE DCC AG - Crimp contact

1559527

https://www.phoenixcontact.com/us/products/1559527

Please be informed that the data shown in this PDF document is generated from our online catalog. Please find the complete data in the user documentation. Our general terms of use for downloads are valid.



Crimp contact, series: HC-M-...-25, HC-DCC4-I-CT-HW, Pin, turned, contact diameter: 6 mm, connection cross section: 16 $mm^2$ ... 16 $mm^2$, AWG 6...6 , contact material: Cu alloy

## Commercial data

| | |
|---|---|
| Item number | 1559527 |
| Packing unit | 1 pc |
| Minimum order quantity | 1 pc |
| Sales key | BF65 |
| Product key | AF7AIF |
| GTIN | 4067923040601 |
| Weight per piece (including packing) | 13.8 g |
| Weight per piece (excluding packing) | 11.5 g |
| Customs tariff number | 85366990 |
| Country of origin | DE |

# CK6,0-ED-16,00M PE DCC AG - Crimp contact

1559527

https://www.phoenixcontact.com/us/products/1559527

## Technical data

### Notes

| | |
|---|---|
| General | HC-DCC4-I-CT-HW-M contact carrier |
| Assembly note | The quality of a crimp connection is determined by DIN EN 60352-2. |
| Assembly note | The contacts are qualified for crimping dies in accordance with DIN 46235. Klauke, for example, offers an appropriate tool: Crimping dies from the D22 series are required for the EKM6022 battery-powered hydraulic crimping pliers. Due to the narrow crimping width of 5 mm, it is very important to make two compressions next to one another. For the EK12042 model, crimping dies from the HD13 series are required. Due to a wider crimping process, only one compression is required. |

### Product properties

| | |
|---|---|
| Series | HC-M-...-25, HC-DCC4-I-CT-HW |
| Contact material type | turned |

### Connection data

Connection technology

| | |
|---|---|
| Contact connection type | Pin |
| Connection method | Crimp connection |

Conductor connection

| | |
|---|---|
| Stripping length | 15.5 mm |
| Connection cross section | 16 mm² ... 16 mm² |
| Connection cross section AWG | 6 ... 6 |

### Material specifications

| | |
|---|---|
| Material Contact | Cu alloy (lead-free) |
| Material Contact surface | Ag |

### Dimensions

| | |
|---|---|
| Dimensional drawing |  |
| Length [l] | 36.5 mm |
| Diameter (Contact diameter) | 6 mm |

### Mechanical properties

Mechanical data

| | |
|---|---|
| Insertion/withdrawal cycles | ≥ 500 |

### Environmental and real-life conditions

# CK6,0-ED-16,00M PE DCC AG - Crimp contact

1559527

https://www.phoenixcontact.com/us/products/1559527

Ambient conditions

| | |
|---|---|
| Ambient temperature (operation) | -40 °C ... 125 °C |

# CK6,0-ED-16,00M PE DCC AG - Crimp contact

1559527

https://www.phoenixcontact.com/us/products/1559527

## Drawings

Dimensional drawing




Dimensional drawing

# CK6,0-ED-16,00M PE DCC AG - Crimp contact

1559527

https://www.phoenixcontact.com/us/products/1559527

## Classifications

### ECLASS

| | |
|---|---|
| ECLASS-13.0 | 27440204 |
| ECLASS-15.0 | 27440204 |

### ETIM

| | |
|---|---|
| ETIM 10.0 | EC000796 |

### UNSPSC

| | |
|---|---|
| UNSPSC 21.0 | 39121500 |

# CK6,0-ED-16,00M PE DCC AG - Crimp contact

1559527

https://www.phoenixcontact.com/us/products/1559527

## Environmental product compliance

EU RoHS

| | |
|---|---|
| Fulfills EU RoHS substance requirements | Yes, No exemptions |

China RoHS

| | |
|---|---|
| Environment friendly use period (EFUP) | EFUP-E |
| | No hazardous substances above the limits |

EU REACH SVHC

| | |
|---|---|
| REACH candidate substance (CAS No.) | No substance above 0.1 wt% |

Phoenix Contact 2025 © - all rights reserved
https://www.phoenixcontact.com

Phoenix Contact USA
586 Fulling Mill Road
Middletown, PA 17057, United States
(+717) 944-1300
info@phoenixcon.com

# CK6,0-ED-16,00F AG - Crimp contact

1559522

https://www.phoenixcontact.com/us/products/1559522

Please be informed that the data shown in this PDF document is generated from our online catalog. Please find the complete data in the user documentation. Our general terms of use for downloads are valid.



Crimp contact, series: HC-M-...-25, Socket, turned, contact diameter: 6 mm, connection cross section: 16 $mm^2$ ... 16 $mm^2$, AWG 6...6 , contact material: Cu alloy

## Commercial data

| | |
|---|---|
| Item number | 1559522 |
| Packing unit | 5 pc |
| Minimum order quantity | 5 pc |
| Sales key | BF65 |
| Product key | AF7AIF |
| GTIN | 4067923040427 |
| Weight per piece (including packing) | 9.5 g |
| Weight per piece (excluding packing) | 9.4 g |
| Customs tariff number | 85366990 |
| Country of origin | DE |

# CK6,0-ED-16,00F AG - Crimp contact

1559522

https://www.phoenixcontact.com/us/products/1559522

## Technical data

### Notes

| | |
|---|---|
| General | HC-M-...-25 contact carrier, HC-DCC4-I-CT-HW-F |
| Assembly note | The quality of a crimp connection is determined by DIN EN 60352-2. |
| Assembly note | The contacts are qualified for crimping dies in accordance with DIN 46235. Klauke, for example, offers an appropriate tool: Crimping dies from the D22 series are required for the EKM6022 battery-powered hydraulic crimping pliers. Due to the narrow crimping width of 5 mm, it is very important to make two compressions next to one another. For the EK12042 model, crimping dies from the HD13 series are required. Due to a wider crimping process, only one compression is required. |

### Product properties

| | |
|---|---|
| Series | HC-M-...-25 |
| Contact material type | turned |

### Connection data

Connection technology

| | |
|---|---|
| Contact connection type | Socket |
| Connection method | Crimp connection |

Conductor connection

| | |
|---|---|
| Stripping length | 15.5 mm |
| Connection cross section | 16 mm² ... 16 mm² |
| Connection cross section AWG | 6 ... 6 |

### Material specifications

| | |
|---|---|
| Material Contact | Cu alloy (lead-free) |
| Material Contact surface | Ag |

### Dimensions

| | |
|---|---|
| Dimensional drawing |  |
| Length [l] | 31.5 mm |
| Diameter (Contact diameter) | 6 mm |

### Mechanical properties

Mechanical data

| | |
|---|---|
| Insertion/withdrawal cycles | ≥ 500 |

# CK6,0-ED-16,00F AG - Crimp contact

1559522

https://www.phoenixcontact.com/us/products/1559522

## Environmental and real-life conditions

### Ambient conditions

| | |
|---|---|
| Ambient temperature (operation) | -40 °C ... 125 °C |

# CK6,0-ED-16,00F AG - Crimp contact

1559522

https://www.phoenixcontact.com/us/products/1559522

## Drawings

Dimensional drawing




Dimensional drawing

# CK6,0-ED-16,00F AG - Crimp contact

1559522

https://www.phoenixcontact.com/us/products/1559522

## Classifications

### ECLASS

| | |
|---|---|
| ECLASS-13.0 | 27440204 |
| ECLASS-15.0 | 27440204 |

### ETIM

| | |
|---|---|
| ETIM 10.0 | EC000796 |

### UNSPSC

| | |
|---|---|
| UNSPSC 21.0 | 39121500 |

# CK6,0-ED-16,00F AG - Crimp contact

1559522

https://www.phoenixcontact.com/us/products/1559522

## Environmental product compliance

EU RoHS

| | |
|---|---|
| Fulfills EU RoHS substance requirements | Yes, No exemptions |

China RoHS

| | |
|---|---|
| Environment friendly use period (EFUP) | EFUP-E |
| | No hazardous substances above the limits |

EU REACH SVHC

| | |
|---|---|
| REACH candidate substance (CAS No.) | No substance above 0.1 wt% |

# CK6,0-ED-16,00F AG - Crimp contact

1559522

https://www.phoenixcontact.com/us/products/1559522

## Accessories

### CK6,0P-ED-16,00M AG - Crimp contact

1682094

https://www.phoenixcontact.com/us/products/1682094



Crimp contact, series: HC-M-...-25, Pin, turned, contact diameter: 6 mm, connection cross section: 16 $mm^2$ ... 16 $mm^2$, AWG 6...6 , contact material: Cu alloy

Phoenix Contact 2025 © - all rights reserved
https://www.phoenixcontact.com

Phoenix Contact USA
586 Fulling Mill Road
Middletown, PA 17057, United States
(+717) 944-1300
info@phoenixcon.com

# HC-DCC4-I-CT-HW-F PDC - Contact insert

1861841

https://www.phoenixcontact.com/us/products/1861841

Please be informed that the data shown in this PDF document is generated from our online catalog. Please find the complete data in the user documentation. Our general terms of use for downloads are valid.



Contact insert, number of positions: 4+PE, size: DCC06, Pin, Crimp connection, 690 V, 100 A, 6 $mm^2$ ... 25 $mm^2$, application: Power supply in data centers, tool-free Click-in mounting

## Your advantages

- Shock and vibration-resistant in accordance with DIN EN 61373

## Commercial data

| | |
|---|---|
| Item number | 1861841 |
| Packing unit | 1 pc |
| Minimum order quantity | 1 pc |
| Product key | AF7ABL |
| GTIN | 4067923520967 |
| Weight per piece (including packing) | 22.22 g |
| Weight per piece (excluding packing) | 22.22 g |
| Country of origin | PL |

# HC-DCC4-I-CT-HW-F PDC - Contact insert

1861841

https://www.phoenixcontact.com/us/products/1861841

## Technical data

### Notes

| | |
|---|---|
| General | Connectors may be operated only when there is no load/voltage. |

### Mounting

| | |
|---|---|
| Assembly note | To ensure correct use, installation in housing with IP54 protection or better is required |
| | Tool-free snap-in into the plastic housings of the HC-DDC06 series |

### Product properties

| | |
|---|---|
| Series | HC-DCC |
| Application | Power supply in data centers |
| Number of positions | 4 |
| Connection profile | 4+PE |
| Contact material type | turned |

Insulation characteristics

| | |
|---|---|
| Overvoltage category | III |
| Degree of pollution | 3 |

### Dimensions

| | |
|---|---|
| Dimensional drawing |   |
| Width | 35.1 mm |
| Height | 48.7 mm |
| Length | 54.2 mm |

Mechanical characteristics

| | |
|---|---|
| Contact diameter | 6 mm |

### Connection data

Connection technology

| | |
|---|---|
| Connection technology | Crimp connection |

Conductor connection

| | |
|---|---|
| Conductor cross section | 6 mm² ... 25 mm² |
| Connection cross section AWG | 10 ... 4 |

### Electrical properties

| | |
|---|---|
| Rated voltage (III/3) | 690 V |

# HC-DCC4-I-CT-HW-F PDC - Contact insert

1861841

https://www.phoenixcontact.com/us/products/1861841

| | |
|---|---|
| Rated surge voltage | 6 kV |
| Rated current | 100 A |

## Mechanical properties

Mechanical data

| | |
|---|---|
| Insertion/withdrawal cycles | ≥ 500 |

## Material specifications

| | |
|---|---|
| Flammability rating according to UL 94 | V0 |
| Contact carrier material | PA 6 |

## Environmental and real-life conditions

Ambient conditions

| | |
|---|---|
| Ambient temperature (operation) | -40 °C ... 125 °C (including heating up of contacts) |

# HC-DCC4-I-CT-HW-F PDC - Contact insert

1861841

https://www.phoenixcontact.com/us/products/1861841

## Drawings

Dimensional drawing




Dimensional drawing

# HC-DCC4-I-CT-HW-F PDC - Contact insert

1861841

https://www.phoenixcontact.com/us/products/1861841

Schematic diagram



# HC-DCC4-I-CT-HW-F PDC - Contact insert

1861841

https://www.phoenixcontact.com/us/products/1861841

Diagram




Derating diagram

# HC-DCC4-I-CT-HW-F PDC - Contact insert

1861841

https://www.phoenixcontact.com/us/products/1861841

## Classifications

### ECLASS

| | |
|---|---|
| ECLASS-13.0 | 27440205 |
| ECLASS-15.0 | 27440205 |

# HC-DCC4-I-CT-HW-F PDC - Contact insert

1861841

https://www.phoenixcontact.com/us/products/1861841

## Environmental product compliance

EU RoHS

| | |
|---|---|
| Fulfills EU RoHS substance requirements | Yes, No exemptions |

China RoHS

| | |
|---|---|
| Environment friendly use period (EFUP) | EFUP-E |
| | No hazardous substances above the limits |

EU REACH SVHC

| | |
|---|---|
| REACH candidate substance (CAS No.) | No substance above 0.1 wt% |

# HC-DCC4-I-CT-HW-F PDC - Contact insert

1861841

https://www.phoenixcontact.com/us/products/1861841

## Accessories

### CK6,0-ED-6,00F AG - Crimp contact

1556218

https://www.phoenixcontact.com/us/products/1556218



Crimp contact, series: HC-M-...-25, Socket, turned, contact diameter: 6 mm, connection cross section: 6 $mm^2$ ... 6 $mm^2$, AWG 10...10 , contact material: Cu alloy

### CK6,0-ED-10,00F AG - Crimp contact

1556213

https://www.phoenixcontact.com/us/products/1556213



Crimp contact, series: HC-M-...-25, Socket, turned, contact diameter: 6 mm, connection cross section: 10 $mm^2$ ... 10 $mm^2$, AWG 8...8 , contact material: Cu alloy

# HC-DCC4-I-CT-HW-F PDC - Contact insert

1861841

https://www.phoenixcontact.com/us/products/1861841

## CK6,0-ED-16,00F AG - Crimp contact

1559522

https://www.phoenixcontact.com/us/products/1559522



Crimp contact, series: HC-M-...-25, Socket, turned, contact diameter: 6 mm, connection cross section: 16 $mm^2$ ... 16 $mm^2$, AWG 6...6 , contact material: Cu alloy

---

## CK6,0-ED-25,00F AG - Crimp contact

1682092

https://www.phoenixcontact.com/us/products/1682092



Crimp contact, series: HC-M-...-25, Socket, turned, contact diameter: 6 mm, connection cross section: 25 $mm^2$ ... 25 $mm^2$, AWG 4...4 , contact material: Cu alloy

---

# HC-DCC4-I-CT-HW-F PDC - Contact insert

1861841

https://www.phoenixcontact.com/us/products/1861841

## HC-DCC4-I-CT-M PDC - Contact insert

1861842

https://www.phoenixcontact.com/us/products/1861842



Contact insert, number of positions: 4+PE, size: DCC06, Pin, Crimp connection, 690 V, 100 A, 6 $mm^2$ ... 25 $mm^2$, application: Power supply in data centers, tool-free Click-in mounting

Phoenix Contact 2025 © - all rights reserved
https://www.phoenixcontact.com

Phoenix Contact USA
586 Fulling Mill Road
Middletown, PA 17057, United States
(+717) 944-1300
info@phoenixcon.com