# EXHIBIT 5

**Exhibit 5: Infringement of Claim 1 of U.S. Patent No. 12,482,985 by Phoenix's Accused Products**

HARTING contends that at least claim 1 of U.S. Patent No. 12,482,985 (the "'985 Patent") is infringed, literally and/or under the doctrine of equivalents, by the exemplary Accused Products[1] listed in Paragraph 36 of the Complaint. It should be understood that HARTING's contentions are not limited to these products but encompass any and all reasonably similar products and components that infringe in the same or similar manner as discussed below.[2]

---

[1] HARTING reserves the right to identify different or additional Accused Products and amend or supplement these charts after further investigation and discovery, claim construction, or other meriting considerations.

[2] This analysis is preliminary, and HARTING's investigation is ongoing. HARTING reserves the right to amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances. Such supplemental information may include, but is not limited to, CAD and other design files, data sheets, design specification, deposition testimony, testing information, reference design implementation and utilization information, and/or schematics.

**Exhibit 5: Infringement of Claim 1 of U.S. Patent No. 12,482,985 by Phoenix's Accused Products**

| U.S. Patent No. 12,482,985 | Accused Products |
| --- | --- |
| A high-current plug-in connector system for facilitating an increased total disconnection force in a plug-connected state, the system comprising: | To the extent that the preamble of claim 1 is found to be limiting, the Accused Products comprise *a high-current plug-in connector system for facilitating an increased total disconnection force in a plug-connected state*.<br><br>*See* Ex. 3 (Datasheets) at 13 (1551459), 29 (1559527), 1 (1550585), 42 (1861841), 35 (1559522), 21 (1551460). |

**Exhibit 5: Infringement of Claim 1 of U.S. Patent No. 12,482,985 by Phoenix's Accused Products**

| U.S. Patent No. 12,482,985 | Accused Products |
|---|---|
| a plug-in connector with a plug-in insert, the plug-in insert having therein a plurality of contact chambers, and a latching pin in one of the plurality of contact chambers, | The high-current plug-in connector system of the Accused Products comprises *a plug-in connector with a plug-in insert, the plug-in insert having therein a plurality of contact chambers, and a latching pin in one of the plurality of contact chambers*.   *See* Ex. 3 (Datasheets) at 13 (1551459), 1 (1550585). |

**Exhibit 5: Infringement of Claim 1 of U.S. Patent No. 12,482,985 by Phoenix's Accused Products**

| U.S. Patent No. 12,482,985 | Accused Products |
|---|---|
| a plug-in connector with a plug-in insert, the plug-in insert having therein a plurality of contact chambers, and a latching pin in one of the plurality of contact chambers,<br>(*cont'd*) | <br>https://www.phoenixcontact.com/en-us/products/contact-insert-hc-dcc4-i-ct-hw-m-1550585, CAD File (last visited December 15, 2025). |

**Exhibit 5: Infringement of Claim 1 of U.S. Patent No. 12,482,985 by Phoenix's Accused Products**

| U.S. Patent No. 12,482,985 | Accused Products |
|---|---|
| the latching pin having a plug-in region comprising a holding surface, the holding surface being at an angle between 85° and 95° to a plug-in direction of the plug-in connector, | The high-current plug-in connector system of the Accused Products comprises a plug-in connector comprising a latching pin in one of the plurality of contact chambers, wherein *the latching pin ha[s] a plug-in region comprising a holding surface, the holding surface being at an angle between 85° and 95° to a plug-in direction of the plug-in connector.*<br><br><br>*See* Ex. 3 (Datasheets) at 1 (1550585). *See also*: |

**Exhibit 5: Infringement of Claim 1 of U.S. Patent No. 12,482,985 by Phoenix's Accused Products**

| U.S. Patent No. 12,482,985 | Accused Products |
|---|---|
| the latching pin having a plug-in region comprising a holding surface, the holding surface being at an angle between 85° and 95° to a plug-in direction of the plug-in connector,<br>(*cont'd*) | <br><br>Excerpt from Phoenix's 1550585_bottom.dwg CAD file, downloaded from Phoenix's website on December 15, 2025. |

**Exhibit 5: Infringement of Claim 1 of U.S. Patent No. 12,482,985 by Phoenix's Accused Products**

| U.S. Patent No. 12,482,985 | Accused Products |
|---|---|
| wherein the latching pin is made of electrically nonconductive material; and | The high-current plug-in connector system of the Accused Products comprises a plug-in connector comprising a latching pin in one of the plurality of contact chambers, *wherein the latching pin is made of electrically nonconductive material*.  Material specifications<br>Flammability rating according to UL 94: V0<br>Contact carrier material: PA 6<br>*See* Ex. 3 (Datasheets) at 1 (1550585).<br>"Polyamide 6 is the most common extruded polyamide and offers a balanced combination of all typical characteristics of this group of materials. … Main Features: … electrically insulating." https://www.ensingerplastics.com/en-in/shapes/pa6-tecamid-6-natural.<br>"Polyamides, Nylon 6 Plastics … Insulator Material." Johnson, H. Thayne. *Electronic Properties of Materials: A Guide to the Literature*, Springer, 2013, p. 618. |

**Exhibit 5: Infringement of Claim 1 of U.S. Patent No. 12,482,985 by Phoenix's Accused Products**

| U.S. Patent No. 12,482,985 | Accused Products |
|---|---|
| a mating plug-in connector with a mating plug-in insert, the mating plug-in insert having a plurality of mating contact chambers, and a latching receptacle in one of the plurality of mating contact chambers, | The high-current plug-in connector system of the Accused Products comprises *a mating plug-in connector with a mating plug-in insert, the mating plug-in insert having a plurality of mating contact chambers, and a latching receptacle in one of the plurality of mating contact chambers*.   *See* Ex. 3 (Datasheets) at 42 (1861841), 21 (1551460). |

**Exhibit 5: Infringement of Claim 1 of U.S. Patent No. 12,482,985 by Phoenix's Accused Products**

| U.S. Patent No. 12,482,985 | Accused Products |
|---|---|
| the latching receptacle comprising a plurality of fins that point in a plug-in direction of the mating plug-in connector, | The high-current plug-in connector system of the Accused Products comprises a mating plug-in connector comprising a latching receptacle wherein *the latching receptacle comprising a plurality of fins that point in a plug-in direction of the mating plug-in connector*.   *See* Ex. 3 (Datasheets) at 42 (1861841). |

**Exhibit 5: Infringement of Claim 1 of U.S. Patent No. 12,482,985 by Phoenix's Accused Products**

| U.S. Patent No. 12,482,985 | Accused Products |
|---|---|
| each of the plurality of fins having a radially inwardly directed latching hook, the latching hook having a sliding slope inclined toward the plug-in direction of the mating plug-in connector, and a latching surface inclined counter to the plug-in direction of the mating plug-in connector, | The high-current plug-in connector system of the Accused Products comprises a mating plug-in connector comprising a latching receptacle wherein *each of the plurality of fins having a radially inwardly directed latching hook, the latching hook having a sliding slope inclined toward the plug-in direction of the mating plug-in connector, and a latching surface inclined counter to the plug-in direction of the mating plug-in connector*.   *See* Ex. 3 (Datasheets) at 42 (1861841). |

**Exhibit 5: Infringement of Claim 1 of U.S. Patent No. 12,482,985 by Phoenix's Accused Products**

<table>
<tr><th>U.S. Patent No. 12,482,985</th><th>Accused Products</th></tr>
<tr><td>wherein the latching receptacle is made of electrically non-conductive material; and</td><td>The high-current plug-in connector system of the Accused Products comprises a mating plug-in connector comprising a latching receptacle wherein the latching receptacle is made of electrically non-conductive material.<br><br><br><br>Material specifications<br><table><tr><td>Flammability rating according to UL 94</td><td>V0</td></tr><tr><td>Contact carrier material</td><td>PA 6</td></tr></table><br>See Ex. 3 (Datasheets) at 42, 44 (1861841).<br><br>"Polyamide 6 is the most common extruded polyamide and offers a balanced combination of all typical characteristics of this group of materials. … Main Features: … electrically insulating." https://www.ensingerplastics.com/en-in/shapes/pa6-tecamid-6-natural.<br><br>"Polyamides, Nylon 6 Plastics … Insulator Material." Johnson, H. Thayne. Electronic Properties of Materials: A Guide to the Literature, Springer, 2013, p. 618.</td></tr>
</table>

**Exhibit 5: Infringement of Claim 1 of U.S. Patent No. 12,482,985 by Phoenix's Accused Products**

| U.S. Patent No. 12,482,985 | Accused Products |
|---|---|
| wherein the latching surface of the latching hook is adapted to engage with the holding surface of the plug-in region of the latching pin in the plug-connected state. | The high-current plug-in connector system of the Accused Products comprises a mating plug-in connector *wherein the latching surface of the latching hook is adapted to engage with the holding surface of the plug-in region of the latching pin in the plug-connected state.*   *See* Ex. 3 (Datasheets) at 1 (1550585), 42 (1861841). |