United States District Court
Southern District of Texas

**ENTERED**

September 24, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:26-cv-03352 |
|---|---|---|---|

HARTING ELECTRIC STIFTUNG & CO. KG

*versus*

PHOENIX CONTACT GMBH & CO. KG; PHOENIX CONTACT USA, INC.; and PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC.,

| | |
|---|---|
| Lawyer's Name | Mr. Jacob Skebba |
| Firm | Arch & Lake LLP |
| Street | 203 N LaSalle St.<br>Suite 2100 |
| City & Zip Code | Chicago, IL 60601 |
| Telephone & Email | (312) 558-1369<br>jacobskebba@archlakelaw.com |
| Licensed: State & Number | Wisconsin # 1118205 |
| Federal Bar & Number | EDTX # 1118205WI |

| | |
|---|---|
| Name of party applicant seeks to appear for: | PHOENIX CONTACT GMBH & CO. KG; PHOENIX CONTACT USA, INC.; and PHOENIX CONTACT DEVELOPMENT AND MANUFACTURING, INC., |

Has applicant been sanctioned by any bar association or court? Yes ______ No ✔

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 9/22/2026 | Signed: Jacob Skebba |

The state bar reports that the applicant's status is: Active

| | |
|---|---|
| Dated: 9/24/2026 | Clerk's signature /s/ Lisa R. Edwards |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: 9/24/2026

[signature]
United States District Judge