**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| HARTING ELECTRIC STIFTUNG & CO. KG,<br><br>Plaintiff,<br><br>v.<br><br>PHOENIX CONTACT GMBH & CO. KG; and PHOENIX CONTACT USA, INC,<br><br>Defendants. | Case No. 4:26-cv-03352<br>Hon. Alfred H. Bennett<br>Magistrate Judge Yvonne Y. Ho |

**DEFENDANTS PHOENIX CONTACT GMBH & CO. KG'S AND PHOENIX CONTACT USA, INC.'S UNOPPOSED] MOTION FOR EXTENSION OF RESPONSIVE PLEADING DEADLINE**

Defendants Phoenix Contact GmbH & Co. KG and Phoenix Contact USA, Inc. (collectively, "Defendants") file this Unopposed Motion for Extension of Responsive Pleading Deadline, and respectfully state as follows:

On April 24, 2026, Plaintiff Harting Electric Stiftung & Co. KG ("Plaintiff") initiated the above-referenced civil action by filing a Complaint for Patent Infringement (ECF 1) against the two U.S. Defendants and Phoenix Contact GMGH & Co. KG, a German entity.

On September 1, 2026, Defendants moved to dismiss (ECF 31). Plaintiff opposed this motion and filed an Amended Complaint on September 22, 2026 (ECF 36, 37). The Amended Complaint, in part, removed Phoenix Contact Development and Manufacturing, Inc. as a Defendant, and added a number of new allegations. The two remaining Defendants' responses to the Amended Complaint are currently due October 6, 2026,

The Defendants request that the Court extend their deadline to answer or otherwise respond to the Complaint one week, from October 6, 2026 to October 13, 2026.

Pursuant to Rule 6(b)(1)(A), a "court may, for good cause, extend the time" that the answer is due. Fed. R. Civ. P. 6(b)(1)(A); *see also, e.g.*, *Zamarripa v. McAllen ISD*, No. 7:19-CV-356, 2019 WL 13214144, at *1 (S.D. Tex. Nov. 12, 2019) ("[T]he Court applies the 'good cause' standard to motions for extensions of time made before the deadline for the relevant act[.]"). Good cause exists here to allow Defendants sufficient time to evaluate the new allegations and prepare the appropriate answer or response to the Amended Complaint.

Pursuant to Local Rule 7.1(d), undersigned counsel conferred with counsel for Plaintiff and Plaintiff does not oppose this request for an extension. This request is not made solely for purposes of delay.

WHEREFORE, the Defendants respectfully request that the Court grant them an 1-week extension for answering or otherwise responding to the Amended Complaint, making such answer or response due October 13, 2026.

Dated: September 29, 2026

Respectfully submitted,
s/ *Christopher James Fahy*

Beth W. Petronio
Attorney-in-Charge
State Bar No. 00797664
Federal Id. No. 29628
beth.petronio@klgates.com
609 Main Street, Suite 4150
Houston, TX 77002
Phone: (713) 815-7300
Fax: (713) 815-7301

*Of counsel:*

Jason Alexander Engel (*pro hac vice*)
K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
312-372-1121
Fax: 312-827-8145
jason.engel@klgates.com

Christopher James Fahy (*pro hac vice*)
Arch & Lake LLP
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
312-404-2330
christopher@archlakelaw.com

Jacob Skebba (*pro hac vice*)
Arch & Lake LLP
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
312-558-1369
jacobskebba@archlakelaw.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 29, 2026, a true and correct copy of the foregoing document was served upon all known counsel of record via the Court's CM/ECF electronic filing system:

*/s/ Christopher James Fahy*