United States District Court
Southern District of Texas
**ENTERED**
October 06, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Harting Electric Stiftung & Co. KG, Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:26-cv-03352 |
| Phoenix Contact GMBH & Co. KG and Phoenix Contact USA, Inc., Defendants. | § | |

**PATENT CASE SCHEDULING ORDER TEMPLATE**

It is hereby **ORDERED** that the following schedule and the Rules of Practice for Patent Cases in the Southern District of Texas will apply in this case:

| | | |
|---|---|---|
| 0 | **October 2, 2026** | **Scheduling Conference** |
| 1 | October 20, 2026 | **PRELIMINARY INFRINGEMENT CONTENTIONS** Comply with P.R. 3-1 and P.R. 3-2. After this date, it is necessary to obtain leave of court to add and/or amend infringement contentions, pursuant to Patent Rule (P.R.) 3-7.<br><br>**JOIN ADDITIONAL PARTIES OR ADD NEW PATENTS AND/OR CLAIMS** It is not necessary to file a motion to join additional parties before this date. Thereafter, it is necessary to obtain leave of court. |
| 2 | December 4, 2026 | **PRELIMINARY INVALIDITY CONTENTIONS** Comply with P.R. 3-3 and 3-4. *After this date,* it is necessary to obtain leave of Court to add and/or amend invalidity contentions, pursuant to P.R. 3-7.<br><br>**INEQUITABLE CONDUCT ALLEGATIONS** Before this date, it is not necessary to file a motion for leave to add inequitable conduct allegations. Thereafter, it is necessary to obtain leave of court to add inequitable conduct allegations. |

| | | |
|---|---|---|
| 3 | December 18, 2026 | **EXCHANGE PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION**<br>Comply with P.R. 4-1. |
| 4 | January 15, 2027 | **EXCHANGE PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE**<br>Comply with P.R. 4-2. |
| 5 | February 26, 2027 | **JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br>Comply with P.R. 4-3. |
| 6 | February 26, 2027 | **AMEND PLEADINGS**<br>It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings. |
| 7 | March 26, 2027 | **DISCOVERY DEADLINE ON CLAIM CONSTRUCTION ISSUES**<br>*See* P.R. 4-4. |
| 8 | April 16, 2027 | **TECHNOLOGY TUTORIAL DEADLINE**<br>Provide Court with technology tutorials (optional). |
| 9 | April 30, 2027 | **OPENING CLAIM CONSTRUCTION BRIEF**<br>Comply with P.R. 4-5(a)(1). |
| 10 | May 28, 2027 | **RESPONSIVE CLAIM CONSTRUCTION BRIEF**<br>Comply with P.R. 4-5(a)(2). |
| 11 | June 11, 2027 | **REPLY CLAIM CONSTRUCTION BRIEF**<br>Comply with P.R. 4-5(a)(3). |
| 12 | July 21, 2027 | **JOINT CLAIM CONSTRUCTION CHART**<br>Comply with P.R. 4-5(b) and (c). |
| 13 | July 28, 2027 | **CLAIM CONSTRUCTION (*MARKMAN*) HEARING**<br>at 10:00 a.m. at the United States District Court, Courtroom 9A, Houston, Texas. |

| | | |
|---|---|---|
| 14 | September 10, 2027 | **Court's Decision on Claim Construction** (*Markman* Ruling)<br>***<u>(If ruling is late, parties may seek amendment of remaining dates in Scheduling Order.)</u>*** |
| 15 | October 15, 2027 | **DEADLINE FOR FINAL INFRINGEMENT CONTENTIONS AND TO AMEND PLEADINGS ON INFRINGEMENT CLAIMS**<br>**NOTE**: Except as provided in P.R. 3-6, if the amendment would affect preliminary or final infringement contentions, a motion must be made under P.R. 3-7 irrespective of whether the amendment is made before this deadline. |
| 16 | October 22, 2027 | **PRIVILEGE LOGS/WILLFULNESS**<br>Comply with P.R.3-8<br>All parties furnish privilege logs by this date. |
| 17 | November 19, 2027 | **DEADLINE FOR FINAL INVALIDITY CONTENTIONS AND TO AMEND PLEADINGS ON INVALIDITY CLAIMS**.<br>**NOTE**: Except as provided in P.R. 3-6, if the amendment would affect preliminary or final invalidity contentions, a motion must be made under P.R. 3-7 irrespective of whether the amendment is made before this deadline. |
| 18 | January 21, 2028 | **COMPLETION OF FACT DISCOVERY**<br>Written discovery requests are NOT timely if they are served so close to this deadline that under the Fed. R. Civ. P. the response would not be due until after this deadline. |
| 19 | March 3, 2028 | **DESIGNATION OF EXPERTS AND REQUIRED REPORTS OTHER THAN CLAIM CONSTRUCTION AND ATTORNEYS' FEES**<br>Party with burden of proof ("BOP") on non-construction and fees issues shall comply with Fed. R. Civ. P.26(a)(2)(A-C). |
| 20 | April 14, 2028 | **DESIGNATION OF RESPONSIVE EXPERTS AND REQUIRED REPORTS**<br>Party not having BOP on non-construction and fees issues shall comply with Fed. R. Civ. P. 26(a)(2)(A-C). |
| 21 | May 12, 2028 | **COMPLETION OF EXPERT DISCOVERY** |

| | | |
|---|---|---|
| 22 | June 23, 2028 | **DISPOSITIVE AND NON-DISPOSITIVE MOTIONS DEADLINES (INCLUDING *DAUBERT* MOTIONS)** |
| 23 | November 17, 2028 | **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**<br>The Joint Pretrial Order will contain the pretrial disclosures required by Fed. R. Civ. P. Rule 26(a)(3), Local Rules and this Court's procedures. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules. |
| 24 | December 8, 2028 | **DOCKET CALL/ FINAL PRETRIAL CONFERENCE**<br>at the United States District Court, Courtroom 9A, Houston, Texas. |
| 25 | June 23, 2028, | **MEDIATION TO BE COMPLETED BY THIS DATE**<br>The parties must select a mediator for this case. The parties and mediator must comply with S.D. TEXAS LOCAL RULE 16. |
| 26 | December 11, 2028 | **JURY SELECTION AND TRIAL** commences, subject to Court's criminal docket |

SIGNED at Houston, Texas, this 2nd day of October, 2026.

Yvonne Y. Ho
Yvonne Y. Ho
UNITED STATES MAGISTRATE JUDGE