**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

HARTING ELECTRIC STIFTUNG & CO. KG,

Plaintiff,

v.

PHOENIX CONTACT GMBH & CO. KG; and PHOENIX CONTACT USA, INC,

Defendants.

Case No. 4:26-cv-03352
Hon. Alfred H. Bennett
Magistrate Judge Yvonne Y. Ho

**ORDER**

Before the Court is Defendants Phoenix Contact USA, Inc. and Phoenix Contact GmbH & Co. KG. (collectively, the "Defendants") Unopposed Motion for Extension of Responsive Pleading Deadline (ECF 40). Having considered the Motion, the Court hereby grants the relief requested therein and extends the deadline for the Defendants to answer or otherwise respond to the Amended Complaint to October 13, 2026.

It is so ORDERED.

____________________________
Date

____________________________
The Honorable Alfred H. Bennett
United States District Judge